**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 25, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: August 25, 2010**



**Entered pursuant to Administrative Order No. 02-10, Kenneth J. Hirz, Clerk of Bankruptcy Court By: /s/ Paul Zehowicz
Deputy Clerk**

_____

11/05

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-18386 |
| | ) | |
| Ivka & Zeljko Markovich, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge: Arthur I. Harris |

**ORDER ON DEBTOR(S)
TO APPEAR AND SHOW CAUSE**

It appearing to the Court that the Debtor(s) failed to:

\_\_\_ file a matrix/list of creditors.

\_\_\_ file a plan within the time required by Bankruptcy Rule 3015.

\_\_\_ file schedules and statements timely per 11 U.S.C. § 521 and Bankruptcy Rule 1007.

\_\_\_ pay filing fee installment(s) as required by this Court's order.

\_\_\_ file a Form B21 as required by Rule Bankruptcy 1007.

\_\_\_ file Declaration RE: Electronic Filing as required by General Order 02-2.

\_\_\_ file the correct petition (Official Form 1) (4/10).

\_\_\_ file Certificate of Credit Counseling as required by 11 U.S.C. § 521(b)(1).

\_\_\_ file Means Test as required by 11 U.S.C. § 521(a)(1); Bankruptcy Rule 1007.

\_\_\_ file Form B201 Notice to Individual Consumer Debtor per 11 U.S.C. §§ 342(b) & 521(a).

\_\_\_ file payment advices received 60 days before the date of the filing of the petition as required by 11 U.S.C. § 521(a)(1); Bankruptcy Rule 1007.

_X_ Other: Pay $65.00 partial filing fee and submit appropriate fee application.

WHEREFORE, counsel for the Debtor(s) or the Debtor, if the Debtor is proceeding pro se, is ordered to appear at a hearing scheduled for **September 28, 2010 at 10:00 am**, Courtroom 1A, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114-1235, and show cause why this case should not be dismissed or converted under 11 U.S.C. § 707, 1112, or 1307 for the failure(s) described above. **Filing the document(s) or paying the fee(s) shall not excuse the attorney or pro se debtor from appearing at the hearing unless the Court advises otherwise.**

Served the following parties via the Bankruptcy Noticing Center

Debtors; Debtors' Attorney -Pamela I. Theodotou-; U.S. Trustee; Trustee -Waldemar Wojcik-; Courtroom Deputy

By: Paul J. Zehowicz II                     Date:  August 25, 2010

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: pzeho              Page 1 of 1              Date Rcvd: Aug 25, 2010
Case: 10-18386                Form ID: pdf755          Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 27, 2010.
db/db        +Zeljko Markovich,   Ivka Markovich,   34188 Euclid #B3,   Willoughby, OH 44094-3335

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2010**                    Signature:      *Joseph Speetjens*