The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on October 04, 2010, which may be different from its entry on the record.

**IT IS SO ORDERED.**



Dated: October 04, 2010

_____
**Arthur I. Harris
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-18386 |
| | ) | |
| ZELJKO & IVKA MARKOVICH, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Judge Arthur I. Harris |
| | ) | |

### ORDER

On September 28, 2010, the Court held a hearing on an order to show cause for failure to file a partial filing fee and to submit a timely fee application. Counsel for the debtors failed to appear. Because the fee and an application to pay filing fee in installments were filed before the hearing, the order to show cause is concluded. However, the debtors' counsel is cautioned that Rule 1006 requires that a petition be accompanied by the filing fee, fee waiver, or fee installment application at the time the petition is filed. Failure to comply with these requirements going forward may result in counsel being barred from filing any new cases in this district.

IT IS SO ORDERED.